WINEBRAKE & SANTILLO, LLC
R. Andrew Santillo, Esq. (NJ ID #025512004)
Mark J. Gottesfeld, Esq. (NJ ID #027652009)
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
(215) 884-2491

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WAYLON UNDERWOOD, on behalf of himself and similarly situated employees, | : : : | |
| | : | 1:17-cv-00550-JS |
| Plaintiff, | : | **ELECTRONICALLY FILED** |
| v. | : | |
| | : | Return Date:  April 16, 2018 |
| HARVEST MOORESTOWN LLC, | : : | |
| Defendant. | : : : | |

**PLAINTIFFS' NOTICE OF THEIR UNOPPOSED MOTION FOR
APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT**

PLEASE TAKE NOTE that on April 16, 2018, or as soon thereafter as the matter may be heard, in the Courtroom of The Honorable Joel Schneider, United States District Court for the District of New Jersey, located at Mitchell H. Cohen Building & U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, Plaintiffs and their counsel will move this Court for approval of the settlement of this collective action under the Fair Labor Standards Act. Defendant does not oppose this motion.

This motion is based upon the accompanying Brief and such other argument as the Court may allow at a hearing on this motion.

Date:  March 13, 2018

Respectfully submitted,

s/ R. Andrew Santillo
R. Andrew Santillo (NJ ID #025512004)

Mark J. Gottesfeld, Esq. (NJ ID #027652009)
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Attorneys for Plaintiffs*